Dorothy Kabat, by John Kabat, her father and next friend, appellee, v. Frank Biedronski, appellant. Gen. No. 37,588.

Opinion filed December 24, 1934.

Ryan, Sinnott & Miller, for appellant; Joseph D. Ryan and Edmund M. Sinnott, of counsel. Charles J. Trainor and John C. Trainor, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

John Dahmke, defendant in error, v. David Ruttenberg et al., plaintiffs in error. Gen. No. 37,657.

Opinion filed December 24, 1934.

Eugene P. Kealy, McKenna, Harris & Schneider and Gallagher, Rosenberg & Richter, for certain plaintiffs in error; James J. McKenna and Vincent G. Gallagher, of counsel. Irving Breakstone, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Catherine Schultz, plaintiff in error, v. The Live Stock National Bank of Chicago, administrator of the estate of Max Grabo, deceased, defendant in error. Gen. No. 37,492.

Opinion filed December 24, 1934.

John A. Bloomingston, for plaintiff in error. Barrett, Barrett, Costello & Barrett, for defendant in error; Robert E. Barrett and Anthony C. Tomczak, of counsel.

Mr. Justice McSurely delivered the opinion of the court.